IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARLEY C. BLAKE, JR.,**    ) | |
| _____Plaintiff,    ) | |
|    ) | |
| _____v.    ) | Civil Action No. 2005-0343 |
|    ) | |
| **JO ANNE B. BARNHART,**    ) | |
| Commissioner of Social Security,    ) | |
| Defendant.    ) | |

### ORDER OF COURT

**AND NOW, this 24th day of October, 2005**, in accordance with the memorandum opinion entered on this date, **IT IS HEREBY ORDERED** as follows:

1. Defendants' motion for summary judgment (Document No. 9) is **GRANTED**.

2. Plaintiff's motion for summary judgment (Document No. 12) is **DENIED**.

3. The decision of the Commissioner is affirmed, and summary judgment is hereby entered in favor of defendant.

The Clerk of Court is directed to mark this case closed.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: all counsel of record

Lewis P. McEwen, Esquire
Rebecca Haywood, Esquire